HARRISON J. LIBBY and others

*v.*

WILLIAM RENNIE and wife.

On bill and plea.

*Mr. G. H. Coffey* and *Mr. Philo Chase*, of New York, for complainants.

*Mr. W. M. Johnson*, for defendants.

THE CHANCELLOR.

The plea in this case will be allowed for the reasons given in the opinion in the case of *Ackerson* v. *Lodi Branch Railroad Company*, decided at this term.